**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| WARNER BROS. ENTERTAINMENT INC. | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | Case No. 12 cv 8483 |
| SYNERGEX CORPORATION | ) ) | |
| Defendant | ) ) | |

**COMPLAINT**

Plaintiff Warner Bros. Entertainment Inc. ("Warner Bros."), by and through its undersigned attorney, hereby complains against Defendant Synergex Corporation ("Synergex") as follows:

**THE PARTIES, JURISDICTION, AND VENUE**

1. Warner Bros. is a Delaware corporation with a principal place of business in Burbank, California.

2. Synergex is a Canadian Corporation with a principal place of business in Mississauga, Ontario.

3. This Court has jurisdiction over this matter pursuant to 28 U.S.C. § 1332 (a)(2) in that the claims asserted herein are between a citizen of a foreign state and a citizen of the United States and the amount in controversy, exclusive of interest and costs, exceeds the sum or value of $75,000.

4. Venue is proper in this District pursuant to 28 U.S.C. § 1391(c)(3) because Synergex is not resident in the United States and because the license and distributorship

agreements giving rise to this action specify the state and federal courts located in Chicago, Illinois as the exclusive jurisdiction and venue for disputes under them and specify the application of Illinois law.

## FACTUAL BACKGROUND

### The Midway-Synergex Agreements

5. Upon information and belief, Synergex is an international service provider of comprehensive supply chain management services. Synergex's operations include the production of packaging for video games and other products and the licensing, sale, and merchandizing of digital entertainment software.

6. Prior to 2009, Midway Games, Inc. and its subsidiaries including Midway Home Entertainment Inc., (collectively "Midway") developed a number of popular video games and published them for home and handheld video game machines.

7. In 2007, Midway entered into licensing agreements with Synergex pursuant to which it authorized Synergex to manufacture, distribute, market and sell Midway's video game products in Latin America and Canada in exchange for royalty payments. Midway also entered into distributorship agreements pursuant to which various Synergex subsidiaries were authorized to serve as exclusive distributors of Midway video game products in those territories.

### The Midway Receivables and the Agreement with Warner Bros.

8. In 2009, Midway declared bankruptcy. During the Bankruptcy proceedings, Warner Bros. entered into an agreement to purchase a substantial portion of Midway's assets (the "Asset Purchase Agreement"). Included in these assets were the rights to various Midway games, including the rights to Midway's agreements with Synergex and its subsidiaries and the amounts due Midway under invoices issued to Synergex.

9. As of the closing of the Asset Purchase Agreement, Midway had in excess of $1,444,000 in unpaid invoices outstanding with Synergex and its subsidiaries.

10. In early 2010, Warner Bros. had discussions with Synergex concerning these outstanding receivables and, by March 1, 2010, had reached an agreement with Synergex concerning them. Pursuant to that agreement, Synergex agreed to pay Warner Bros. $706,000 to settle all outstanding accounts receivable, and Warner Bros. agreed to a price protection program for various Midway/Warner Bros. games.

11. While Synergex indicated that it was moving forward with the price protection program, Warner Bros. was never paid any portion of the $706,000 promised to it by Synergex.

## COUNT ONE

**(Breach of Contract -- Warner/Synergex Agreement)**

12. Warner Bros. repeats and incorporates paragraphs 1-11 above as if fully set forth herein.

13. As set forth above, Synergex entered into agreements with Midway concerning the licensing, sale and distribution of Midway's games, and owed Midway in excess of $1.4 million on open invoices issued pursuant to those agreements at the time Warner Bros. acquired Midway's assets.

14. As set forth above, Warner Bros. and Synergex had a valid and enforceable contract to pay Warner Bros. $706,000 in settlement of all outstanding accounts receivable as of March 2010.

15. Warner Bros. has fully performed all conditions precedent to Synergex's performance of that contract.

16. Synergex has breached the contract by failing to pay the sum owed Warner Bros.

17. Warner Bros. has been damaged by Synergex's refusal to pay the amounts owed it under the agreement. In addition, the agreements entered into between Synergex and Midway provide for an award of litigation expenses, including attorneys' fees, to the prevailing party in disputes arising out of them.

**WHEREFORE**, Warner Bros. demands judgment against Synergex as follows:

(a) Monetary damages in the amount of $706,000;

(b) Prejudgment interest pursuant to the Illinois Interest Act;

(c) Attorneys' fees and litigation expenses pursuant to the Midway-Synergex agreements; and

(d) Such other relief as the Court deems just and reasonable.

## COUNT TWO

### (Breach of Contract – Failure to Pay Invoices)

18. Warner Bros. repeats and incorporates paragraphs 1-11 above as if fully set forth herein, and pleads this count as an alternative to Count I.

19. As set forth above, Synergex entered into agreements with Midway concerning the licensing, sale and distribution of Midway's games, and owed Midway in excess of $1.4 million on open invoices issued pursuant to those agreements at the time Warner Bros. acquired Midway's assets.

20. Among the assets acquired by Warner Bros. were Midway's rights under its contracts with Synergex, including the rights to the payments under those contracts as reflected on Midway's invoices.

21. In the event the Court finds that the agreement between Warner Bros. and Synergex to resolve the outstanding accounts receivable was invalid or incomplete, Warner Bros.

is entitled to fully enforce Midway's rights to payments under its agreements with Synergex and full payment of the amounts due under the invoices issued by Midway.

22. Warner Bros. and Midway have fully performed all conditions precedent to Synergex's performance under its agreements with Midway.

23. Synergex has breached the contract by failing to pay the sums owed Warner Bros.

24. Warner Bros. has been damaged by Synergex's refusal to pay the amounts owed. In addition, the agreements entered into between Synergex and Midway provide for an award of litigation expenses, including attorneys' fees, to the prevailing party in disputes arising out of them.

**WHEREFORE**, Warner Bros. demands judgment against Synergex as follows:

(a) Monetary damages in excess of $1.4 million;

(b) Prejudgment interest pursuant to the Illinois Interest Act;

(c) Attorneys' fees and litigation expenses pursuant to the Midway-Synergex agreements; and

(d) Such other relief as the Court deems just and reasonable.

Dated: October 22, 2012

By: s/ John C. Martin

John C. Martin
LAW OFFICES OF JOHN C. MARTIN LLC
30 N. LaSalle Street, Suite 3400
Chicago, Illinois 60602
(312) 368-9000

Attorney for Warner Bros. Entertainment Inc.